Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

__Western__ District of __Virginia__

United States of America )
v. )
) Case No: 4:02CR70099-002
Edward Poindexter ) USM No: 09540-084
)
Date of Previous Judgment: __May 14, 2003__ )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

*Filed stamp:* CLERK'S OFFICE U.S. DIST. COURT AT LYNCHBURG, VA FILED APR 25 2008 JOHN F. CORCORAN, CLERK BY: /s/ Deputy Clerk

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __135__ months **is reduced to** __120 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __31__  Amended Offense Level: __29__
Criminal History Category: __III__  Criminal History Category: __III__
Previous Guideline Range: __135__ to __168__ months  Amended Guideline Range: __120*__ to __135__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS
The Government has objected to a reduction based on aspects of Defendant's pre- and post-sentencing conduct. Finding that the pre-sentencing conduct is adequately accounted for under the amended guideline range and that the post-sentencing conduct is adequately addressed by Bureau of Prisons procedures, and upon consideration of the factors set forth in 18 U.S.C. § 3553(a) and U.S.S.G. § 1B1.10, the Government's objections are overruled and Defendant's sentence is reduced as provided above.
*Bottom of range is a statutory minimum

Except as provided above, all provisions of the judgment dated __5/14/2003__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __April 25, 2008__

_/s/ Norman K. Moon_
Judge's signature

Effective Date: _____
(if different from order date)

Norman K. Moon, United States District Judge
Printed name and title